UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-62941-CIV-DIMITROULEAS

LUIS SIERRA,

    Plaintiff,

vs.

TENG SOUTH III, LLC d/b/a
BRAVO SUPERMARKET,

    Defendant.
_____/

## ORDER ON JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

**THIS CAUSE** is before the Court upon the parties' Stipulation of Dismissal with Prejudice [DE 9] and the Court having reviewed the Stipulation and being otherwise fully advised in the premises, it is

**ORDERED and ADJUDGED** that:

1. This action is **DISMISSED** with prejudice;

2. The parties shall each bear their own costs and attorneys' fees unless otherwise agreed; and

3. The Clerk is directed to **CLOSE** this case and **DENY** any pending motions as moot.

**DONE and ORDERED** in Chambers, Southern District of Florida, this 20th day of March, 2017.

*/s/ William P. Dimitrouleas*
WILLIAM P. DIMITROULEAS
United States District Judge

1

Copies to:
Counsel of Record